## BOWEN *v.* THE STATE.

SIMMONS, C. J. The verdict was supported by the evidence, and there was no error in refusing to grant a new trial.

*Judgment affirmed. All the Justices concurring.*

Submitted January 17, — Decided January 19, 1898.

Indictment for simple larceny. Before Judge Freeman. City court of Newnan. October term, 1897.

*Stallings & Orr*, for plaintiff in error.
*W. C. Wright, solicitor*, contra.